DISMISS and Opinion Filed August 22, 2019



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00250-CV

### HERMAN BROWN, JACKIE LEWIS, & ALL OTHER OCCUPANTS, Appellants
### V.
### HANS WANGO, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03351-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

The clerk's and reporter's records in this case are past due. When the court reporter filed a letter stating the reporter's record had not been filed because appellants informed her they were not pursuing the appeal, we notified appellants by letter dated June 14, 2019, and instructed them to file a motion to dismiss. To date, we have had no communication from appellants.

On July 9, 2019, we informed appellants the clerk's record had not been filed because appellants had not paid or made arrangements to pay for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record within ten days and cautioned them that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed, and appellants have not provided the required documentation or otherwise correspond with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


190250F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HERMAN BROWN, JACKIE LEWIS, & ALL OTHER OCCUPANTS, Appellants

No. 05-19-00250-CV          V.

HANS WANGO, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-03351-E.
Opinion delivered by Chief Justice Burns, Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee HANS WANGO recover his costs, if any, of this appeal from appellant HERMAN BROWN, JACKIE LEWIS, & ALL OTHER OCCUPANTS.

Judgment entered August 22, 2019